DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BECY LLACENY MORALESSEVIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1320

[July 9, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Lourdes Maria Casanova, Judge; L.T. Case No. 502025CT005547AXXXMB.

Daniel Eisinger, Public Defender, and Devin Johnson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***